In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-414 CR


____________________



SHANE JEREMY PHILLIPS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. 15,261






MEMORANDUM OPINION (1)


 On March 3, 2005, we informed the parties that our jurisdiction was not apparent
from the notice of appeal, and notified them that the appeal would be dismissed for want
of jurisdiction unless we received a response showing grounds for continuing the appeal. 
No reply has been filed.


 The notice of appeal seeks to appeal the denial of a petition for exemption from sex
offender registration. The trial court's denial of this petition is not an appealable order. 
Ex parte McGregor, 145 S.W.3d 824 (Tex. App.- Dallas 2004, no pet.).

 Accordingly, we hold the order from which the appellant appeals is not appealable. 
The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.

 PER CURIAM

Opinion Delivered April 13, 2005 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.